[No. 24409–4–I.   Division One.   November 26, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. CLINTON POWELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89–1–01208–8, Peter K. Steere, J., entered June 29, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 24798–1–I.   Division One.   November 26, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD ZACHARY LACLAIR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89–8–01752–2, Norma Smith Huggins, J., entered August 9, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 23895–7–I.   Division One.   November 26, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFREDO CHAVEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88–1–06344–0, Peter K. Steere, J., entered March 13, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 23676–8–I.   Division One.   November 26, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. ATLAS WHELESS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88–1–03152–1, Stephen M. Reilly, J., entered February 8, 1989. *Affirmed* by unpublished opinion per Webster, J., concurred in by Winsor and Baker, JJ.